1  ERIC GRANT
   United States Attorney
2  CHARLES CAMPBELL
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:25-CR-274-WBS |
|---|---|
| Plaintiff, | STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO CONTINUE INITIAL APPEARANCE |
| v. | DATE: December 18, 2025 |
| BRANDON MICHAEL GOUR, | TIME: 2:00 p.m. |
| Defendant. | COURT: Hon. Sean C. Riordan |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for an initial appearance on December 18, 2025.

2. By this stipulation, the parties move to vacate that date and continue the initial appearance until 9:30 AM on February 2, 2026, before Magistrate Judge Chi Soo Kim.

//
//
//
//
//
//

STIPULATION TO CONTINUE INITIAL APPEARANCE        1

IT IS SO STIPULATED.

Dated: December 10, 2025    ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated: December 10, 2025    /s/ BETTY WILLIAMS
BETTY WILLIAMS
Counsel for Defendant
BRANDON MICHAEL GOUR

### [~~PROPOSED~~] ORDER

IT IS SO FOUND AND ORDERED this 11th day of December, 2025.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE