IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-CR-00274-WBS |
| Plaintiff, | **ORDER GRANTING MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND** |
| v. | |
| BRANDON MICHAEL GOUR, | |
| Defendant. | |

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds into the Court's Deposit Fund, and good cause appearing therefrom, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1.      The $16,220 paid to the Clerk of the Court in this case shall remain in the Court's deposit fund pending Defendant's sentencing in this case, or up on further order of this Court; and

2.      Upon entry of the Judgment in this case, the Clerk shall apply the Deposit towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO ORDERED.

Dated:  January 15, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

ORDER GRANTING MOTION FOR THE DEPOSIT OF
FUNDS INTO THE COURT'S DEPOSIT FUND

1