BETTY J. WILLIAMS
LAW OFFICE OF WILLIAMS & ASSOCIATES, PC
3600 American River Drive, Suite 135
Sacramento, California 95865
Telephone: (916) 488-8501
Facsimile: (916) 488-8196
E-mail: Betty@WilliamsTaxLaw.com

Attorney for Defendant
BRANDON GOUR

THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:25-cr-00274-WBS |
| Plaintiff, | |
| vs. | ORDER FOR WAIVER OF APPEARANCE |
| BRANDON GOUR, | |
| | Judge: Hon. William B. Shubb |
| Defendant. | |

**BACKGROUND**

Brandon Gour is the defendant in *United States of America v. Brandon Gour*, now pending in this Court as Case No. 2:25-cr-00274-WBS; he lives in Largo, Florida.  Mr. Gour made his initial appearance and change of plea in this Court on February 2, 2026 (ECF 11). Mr. Gour requests that his personal appearance be waived Pursuant to Fed.R.Crim.P. 43, in open court upon hearing of any motion in this case, including the time that the case is ordered set for trial, when a continuance is ordered, or when any other action is taken by the Court before, during or after trial: except upon empanelment of a jury and imposition of sentence.

Defendant respectfully requests this Court Order his Waiver of Appearance, the request for which is submitted concurrently with this proposed Order.

Dated:  February 3, 2026        By:  _____

Betty J. Williams
Attorney for Defendant BRANDON GOUR

- 1 -

Order for Waiver of Appearance                                         2:25-cr-00274-WBS

**IT IS SO ORDERED.**

Dated:  February 3, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order for Waiver of Appearance                                      2:25-cr-00274-WBS