ERIC GRANT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.  2:25-CR-274-WBS |
| Plaintiff, | STIPULATED MOTION AND ORDER TO VACATE STATUS CONFERENCE AND SET SENTENCING |
| v. | |
| BRANDON MICHAEL GOUR, | DATE: May 11, 2026 |
| Defendant. | TIME: 10:00 a.m. |
| | COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, Charles Campbell, Assistant United States Attorney, and defendant Brandon Michael Gour, by and through defendant's counsel of record, Betty Williams, hereby stipulate as follows:

1.      On February 2, 20262 the defendant pled guilty to one count of Mail Fraud.  Dkt. No. 14.

2.      During the Change of Plea Hearing, the parties stated that they disagreed as to the calculation of the loss amount.  This Court indicated that it wanted to resolve any factual issues related to the loss amount before the sentencing hearing, and the Court set a Status Conference for May 11, 2026. *Id.*

3.      On April 20, 2026, the Probation Office filed the final Pre-Sentence Report (PSR).  The PSR calculated the loss amount as $16,220.  Dkt. No. 21.  The parties have conferred and agree that this calculation is accurate.  Because there is no remaining factual or legal dispute as to the loss amount, the

STIPULATION TO CONTINUE INITIAL APPEARANCE                    1

parties believe that an additional hearing is no longer necessary.

4. The parties are prepared to go forward with sentencing on May 11. The defendant has made travel arrangements to be present in court on May 11. The parties have also confirmed that the probation officer is prepared to conduct sentencing on that date.

5. The parties hereby request that this Court vacate the Status Conference and set a Sentencing Hearing for 10 AM on May 11, 2026.

IT IS SO STIPULATED.

Dated:  April 24, 2026

ERIC GRANT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated:  April 24, 2026

/s/ BETTY WILLIAMS
BETTY WILLIAMS
Counsel for Defendant
BRANDON MICHAEL GOUR

STIPULATION TO CONTINUE INITIAL APPEARANCE

2

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated:  April 27, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE